IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

TANISHA N. FIGUEROA, Temporary
Guardian of L.M.F., a minor,
and L.T.F., a minor, and
Temporary Administratrix of the
Estate of DOREONA MAESEAN
FIGUEROA, Deceased,

    Plaintiff,

    v.     CV 618-095

TRAVELERS PROPERTY AND CASUALTY
INSURANCE COMPANY; DOT
TRANSPORTATION, INC.; and STATE
FARM MUTUAL AUTOMOBILE INSURANCE
COMPANY, c/o Corporation Service
Company, Registered Agent

    Defendants.

### O R D E R

Before the Court is the parties' stipulation of dismissal. (Doc. 31.) The stipulation is signed by all parties remaining in the case. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties have agreed to the dismissal of the above-referenced action without prejudice. **IT IS THEREFORE ORDERED** that all of Plaintiff's claims asserted in this matter are **DISMISSED WITHOUT PREJUDICE**. The Clerk shall **TERMINATE** all deadlines and motions and **CLOSE** this case. Each party shall bear its own costs.

**ORDER ENTERED** at Augusta, Georgia, this 5th day of April, 2019.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA